UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-04470-SPG-SK | Date | November 24, 2025 |
| Title | Michael Mente v. Traveon Rogers et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |
|---|---|

| Patricia Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS) ORDER TO SHOW CAUSE

On July 1, 2025, the Court denied Plaintiff Michael Mente's ("Plaintiff") Motion for Default Judgment under Rule 55(b)(1). (ECF No. 41 ("Order")). The denial informed Plaintiff that it was without prejudice to Plaintiff refiling a Motion for Default Judgment pursuant to Fed. R. Civ. P. 55(b)(2), that: (1) complied with all requirements of the Rule and related Local Rules; (2) addressed the factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986); and (3) addressed whether the Court may exercise personal jurisdiction over Defendant Traveon Rogers, as described in *In re Tuli*, 172 F.3d 707, 712 (9th Cir. 1999). (*Id.*). To date, the docket reflects that Plaintiff has not refiled the motion, and Plaintiff has failed to otherwise prosecute the action.

Under the circumstances, the Court enjoys the inherent power to dismiss for lack of prosecution on its own motion. *See, e.g.*, *Link v. Wabash R. Co.*, 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted."). Consistent with that authority, the Court ORDERS Plaintiff to show cause, in writing, on or before December 10, 2025, why this case should not be dismissed for lack of prosecution. Plaintiff should also set forth in Plaintiff's response the current status of the litigation. This matter will stand submitted upon the filing of Plaintiff's response. *See* Fed. R. Civ. P. 78. Failure of Plaintiff to respond will be deemed as consent to the dismissal of the action.
**IT IS SO ORDERED.**

|  | 00 |  | 00 |
|---|---|---|---|
|  |  | : |  |

| | Initials of Preparer | pg |
|---|---|---|