UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-04470-SPG-SK | Date | December 12, 2025 |
| Title | Michael Mente v. Traveon Rogers et al | | |

Present: The Honorable  **SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE**

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:   (IN CHAMBERS) NOTICE OF DISMISSAL [ECF NO. 44]**

Plaintiff Michael Mente ("Plaintiff") filed a Notice of Dismissal, (ECF No. 44), which is effective to close the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The case is therefore closed. (JS-6). The Clerk of Court is directed to close the case, and all pending dates are vacated and taken off calendar.

**IT IS SO ORDERED.**

                                                                                        :
Initials of Preparer   pg